UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____DANIEL RICE_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____City of New York_____
_____New York City Police Dept._____

_____John Doe #1_____
_____John Doe #2_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY DOCKET UNIT
17 CV 3407

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name     ___Daniel Rice___
             ID #     ___900-17-00053___
             Current Institution    ___North Infirmary Command___
             Address    ___1500 Hazen Street East Elmhurst, N.Y. 11370___

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                1

Defendant No. 1   Name __John Doe #1__ Shield #____
                  Where Currently Employed __40 Precinct__
                  Address __257 Alexander avenue__
                  __Bronx, New York   Mott Haven__

Defendant No. 2   Name __John Doe__ Shield #____
                  Where Currently Employed __40 Precinct__
                  Address __257 Alexander avenue__
                  __Bronx, New York   Mott Haven__

Defendant No. 3   Name _____ Shield #____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name _____ Shield #____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield #____
                  Where Currently Employed _____
                  Address _____

**II.   Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? __In front of the 40th Precinct as plaintiff was being escorted to N.Y.C. police van on his way to Central Bookings, he was dropped from wheelchair.__

B.   Where in the institution did the events giving rise to your claim(s) occur? _____

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
     __Occurrence: January 21, 2017 at approximately 9:30pm__

|   |   |
|---|---|
| What happened to you? | D.  Facts:  As Plaintiff was leaving the 40th Precinct, he advised the two police officers carrying him down the stairs to be careful. The police officers did not listen and subsequently dropped plaintiff from his wheelchair. As the two officers began lifting plaintiff back in his wheelchair, they dropped him again. Plaintiff complained that his neck and back was hurting but to no avail, the policemen just stated to him |
| Who did what? | that he was fine. Nevertheless, plaintiff arrived at Central Bookings and promptly notified E.M.S. there of the occurrence. They informed officers that i needed to go to the emergency room. The both officers stated to plaintiff to go to court first and then they would take him to the hospital. However, plaintiff |
| Was anyone else involved? | never recieved any medical treatment for his injuries until his arrival at Rikers Island. During the transportation to Rikers Island, plaintiff injuries became worst. |
| Who else saw what happened? | Please note: E.M.S. did not provide medical treatment to plaintiff, they only avised him that he needed to go to emergency room. |

### III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  sustained injuries to neck and back. No xrays was provided at Rikers Island; the plaintiff has only been given Motrin. He continue to complain of the injuries sustained to date.

### IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No  X

*Rev. 05/2007*                                              3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _____ No _____ Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _____ No _____ Do Not Know _____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _____ No _____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _____ No _____

E. If you did file a grievance about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____
   _____

   2. What was the result, if any? _____
   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____
   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____
   _____
   _____
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any:_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff is asking for $700,000 dollars in Monetary compensation, along with $200,000 dollars in Punitive Damages. Plaintiff also request that both officers be repremanded for their actions.

VI. **Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes _____ No _____

   If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes _____ No _____

   If NO, give the approximate date of disposition _____

*Rev. 05/2007*                                             6

7.      What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of April, 2017.

Signature of Plaintiff   Daniel Rice
Inmate Number           9001700053
Institution Address     North Infirmary Command
                        1500 Hazen St
                        East Elmhurst, N.Y 11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21 day of April, 2017, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Daniel Rice

Daniel Rice
North Infirmary Command
1500 Hazen Street
East Elmhurst, N.Y 11370
ID# 900-17-00053



Pro Se Intake

USM P3
SDNY

RECEIVED
SDNY DOCK
2017 MAY -5 PM 4:07

RECEIVED
MAY 05 2017
CLERK'S OFFICE
S.D.N.Y.

To: United States District Court
Southern District of New York
U.S. Court House
500 Pearl Street
New York, N.Y 10007-1312